Honorable Barbara J. Rothstein

| | |
|---|---|
| WHISPER LAKE DEVELOPMENTS, INC.<br><br>                                Plaintiff(s),<br><br>   v.<br><br>SKAGIT HIGHLANDS HOMES, LLC; MTT HOMES 1, LLC; MTT CONSTRUCTION, LLC; MTT HOLDINGS, INC.; THOMAS L. TOLLEN, III; MORGAN TOLLEN-LINDBERG; MATTHEW MAHAFFIE (in his official and personal capacities); DEAD GOAT PROPERTIES, LLC; MARK PERSONIUS (in his official and personal capacities); GARRETT SMITH (in his official and personal capacities); ERIN PAGE (in her official and personal capacities); AMY KEENAN (in her official and personal capacities); THOMAS BRISSENDEN (in his official and personal capacities); and WHATCOM COUNTY<br><br>                                Defendant(s). | NO. 2:24-cv-01909<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE FOR PREG O'DONNELL & GILLETT, PLLC TO WITHDRAW AS COUNSEL |

THIS MATTER having come before the above-entitled Court on the parties' stipulation, and the Court having considered the files and records herein, and otherwise being fully advised, hereby GRANTS leave for counsel William Cornell, David Poore, and Noah Winkler of Preg

ORDER GRANTING STIPULATED MOTION FOR LEAVE FOR PREG O'DONNELL & GILLETT, PLLC TO WITHDRAW AS COUNSEL - 1

10831-0007  WhisperLake

**PREG O'DONNELL & GILLETT PLLC**
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

O'Donnell & Gillett, PLLC to immediately withdraw as counsel for defendants Skagit Highland Homes, LLC; MTT Construction, LLC; MTT Holdings, LLC; and Thomas L. Tollen, III.

DATED this 4th day of March, 2025.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

PREG O'DONNELL & GILLETT PLLC

By *s/ David M. Poore*
    William T. Cornell, WSBA #18867
    David M. Poore, WSBA #35859
    Noah Winkeller, WSBA #53309
Attorneys for Defendants Skagit Highland Homes, LLC, MTT Construction, LLC, MTT Holdings, Inc., and Thomas L. Tollen, III

Copy Received; Approved as to Form; Notice of Presentation Waived:

LAW OFFICE OF NICHOLAS POWER

By *s/ Nicholas Power*
    Nicholas Power, WSBA #45974
Attorneys for Plaintiff Whisper Lake Developments, Inc.

ORDER GRANTING STIPULATED MOTION FOR LEAVE FOR PREG O'DONNELL & GILLETT, PLLC TO WITHDRAW AS COUNSEL - 2
10831-0007  WhisperLake

PREG O'DONNELL & GILLETT PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Copy Received; Approved as to Form; Notice of Presentation Waived:

THE KOGAN LAW GROUP, PC

By *s/ Lawrence A. Kogan*
   Lawrence A. Kogan,
Attorneys for Plaintiff Whisper Lake Developments, Inc.

Copy Received; Approved as to Form; Notice of Presentation Waived:

MENKE JACKSON BEYER, LLP

By *s/ Quinn N. Plant*
   Quinn N. Plant, WSBA #31339
Attorneys for Defendant Matthew Mahaffie

Copy Received; Approved as to Form; Notice of Presentation Waived:

WHATCOM COUNTY PROSECUTING ATTORNEY

By *s/ Jessee Corken*
   Jesse Corkern, WSBA #38226
Attorneys for Defendants Mark Personius, Garrett Smith, Jon-Paul Shanahan, Erin Page, Amy Keenan, Thomas Brissenden, and Whatcom County

Copy Received; Approved as to Form; Notice of Presentation Waived:

KEATING & LYNDEN, LLC

By *s/ Anthony C. Soldato*
   Anthony C. Soldato, WSBA #46206
Attorneys for Defendant Dead Goat Properties, LLC

ORDER GRANTING STIPULATED MOTION FOR LEAVE FOR PREG O'DONNELL & GILLETT, PLLC TO WITHDRAW AS COUNSEL - 3

10831-0007  WhisperLake

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Copy Received; Approved as to Form; Notice of Presentation Waived:

CAIRNCROSS & HEMPELMANN, P.S.

By *s/ Nancy Bainbridge Rogers*
 Nancy Bainbridge Rogers, WSBA #26662
 Christine J. Lee, Esq., WSBA #43231
Attorneys for Defendants Skagit Highlands Homes, LLC, MTT Construction, LLC, MTT Holdings, Inc., and Thomas L. Tollen, III

ORDER GRANTING STIPULATED MOTION FOR LEAVE FOR PREG O'DONNELL & GILLETT, PLLC TO WITHDRAW AS COUNSEL - 4

10831-0007  WhisperLake

**PREG O'DONNELL & GILLETT PLLC**
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113